IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANN BRITT JOHANSSON:** | : | |
| v. | : | CIVIL ACTION |
| **CITY OF PHILADELPHIA** | : | |
| and | : | NO. 02-4684 |
| **POLICE OFFICER JOHN DOE** | : | |

## ORDER

AND NOW, this _____ day of _____, 2002, this Court summarily grants Plaintiff's Motion to Compel Defendant City of Philadelphia to serve full and complete responses to Plaintiff's Request for Production of Documents within FIVE (5) DAYS OF THIS DATE OR SUFFER FURTHER SANCTIONS.

Plaintiff is awarded TWO HUNDRED FIFTY DOLLARS ($250.00) in attorney's fees as a sanction against Defendant.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANN BRITT JOHANSSON:** | : | |
| v. | : | CIVIL ACTION |
| | : | |
| **CITY OF PHILADELPHIA** | : | |
|       and | : | NO. 02-4684 |
| **POLICE OFFICER JOHN DOE** | : | |

**PLAINTIFF'S MOTION TO SUMMARILY COMPEL**
**DEFENDANT CITY'S RESPONSES TO DOCUMENT REQUESTS**

TO THE HONORABLE JOHN P. FULLAM:

Plaintiff, by and through undersigned counsel, respectfully moves this Court pursuant to Fed.R.Civ.P. 37(a) and (d) and E.D. Local Rule Civ. P. 26.1(g) summarily to compel defendant City to respond to her document request and for sanctions and in support thereof avers as follows:

1. The Complaint in this case was filed on July 15, 2002 and named, inter alia John and Jane Doe, Philadelphia Police Officers whose real identity has been concealed by defendant City.

2. On August 26, 2002, plaintiff served her self-executing disclosure and document requests upon defendant City. The responses to the document requests were due on or about September 26, 2002.

3. By letter dated September 27, 2002, defendant City's counsel promised responses by October 4, 2002. See September 27, 2002 letter attached.

4. On October 7, 2002, plaintiff's counsel telephoned defense counsel requesting responses to the overdue discovery requests on or before October 15, 2002.

5. Defendant City's counsel responded that the responses would be sent immediately.

6. On October 10, 2002, plaintiff's counsel wrote to defendant City's counsel again requesting responses by October 15, 2002 or this motion would be filed. Defendant City's counsel has not responded to this letter at all and has not provided any documents. See attached copy of 10/10/02 letter.

7. I hereby certify that I have made a good faith effort to secure disclosure without requesting intervention by the Court.

WHEREFORE, plaintiff respectfully moves this Court to summarily grant this Motion to Compel and enter monetary sanctions against defendant City.

Respectfully submitted,

NANCY D. WASSER
LAW OFFICES OF NANCY D. WASSER
1617 JFK Boulevard
Suite 1130
Philadelphia, PA  19103
(215) 864-9333

Attorney for Plaintiff

Date:   10/17/02