IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANN BRITT JOHANSSON, | : | CIVIL ACTION |
| v. | : | |
| THE CITY OF PHILADELPHIA, POLICE OFFICER JOHN DOE, OFFICER JANE DOE | : | NO. 02-4684 |

**O R D E R**

AND NOW, this          day of December, 2002, upon consideration of plaintiff's motion to compel defendant City of Philadelphia to serve full and complete responses to plaintiff's request for production of documents and defendants' response thereto IT I S ORDERED that plaintiff's motion to compel is DISMISSED as moot.

_____
Fullam, Sr.J.