IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANN BRITT JOHANSSON          :          CIVIL ACTION
                             :
         v.                  :
                             :
CITY OF PHILADELPHIA, et al. :          NO. 02-4684


ORDER

AND NOW, this      day of September 2003, upon
consideration of Plaintiff's Motion to Compel Responses to
Subpoena Directed to Records Custodian for the City of
Philadelphia Police Advisory Commission, the defendant's response
to that motion, and this Court's in-camera review of the
subpoenaed documents,

And it appearing that the only relevant information in
the files of the Police Advisory Commission has already been
furnished to counsel for plaintiff, IT IS ORDERED:

1.   It is established as a fact, for purposes of
this litigation:

(a)  that no disciplinary action has been taken
against any of the police officers involved
in the incident, and

(b)  that, although both the Police Advisory
Commission and the Internal Affairs Division
of the Police Department treat the investi-
gation of the incident as "open," no

significant investigative efforts have

occurred since shortly after the incident.

2.    Plaintiff's motion is therefore DENIED AS MOOT.


_____    John P. Fullam, Sr. J.