IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANN BRIT JOHANSSON** | : | **CIVIL ACTION** |
| **v.** | : | **NO.   02-CV-4684** |
| **CITY OF PHILADELPHIA,** *et al.* | : | |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

    Kindly enter my Appearance for defendant, City of Philadelphia, in the within-captioned matter.

**DATE:  September 24, 2003**

        **CITY OF PHILADELPHIA - LAW DEPARTMENT**
        **NELSON A. DIAZ**
        **City Solicitor**

By: _____
        **EDWARD D. CHEW, JR.**
        Senior Attorney
        1515 Arch Street - 14th Floor
        Philadelphia, PA 19102-1595
        (215) 683-5420
        *fax* (215) 683-5397
        *e-mail* edward.chew@phila.gov

        Attorney for the Municipal Defendant(s)