IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANN BRITT JOHANSSON          :   CIVIL ACTION
                             :
    VS.                      :
                             :
CITY OF PHILADELPHIA, et al. :   NO.   02-CV-4684

ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my Appearance for defendant, CITY OF PHILADELPHIA, in the within-captioned matter.

        CITY OF PHILADELPHIA-LAW DEPARTMENT
        NELS0N A. DIAZ
        City Solicitor

BY: _____
        JEAN Y. DURBIN
        Assistant City Solicitor
        City of Philadelphia Law Dept.
        1515 Arch Street, 14th Floor
        Philadelphia, PA  19102
        (215) 683-5444
        Fax (215) 683-5397
        *e-mail* jean.durbin@phila.gov