IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
                                  Date of Notice:
ANN BRITT JOHANSSON            :   September 29, 2003

         vs.                  :

CITY OF PHILADELPHIA          :   CIVIL ACTION NO. 02-4684
```

TAKE NOTICE that the above-captioned matter is **rescheduled** for __TRIAL__ in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, PA, before the Honorable John P. Fullam, on <u>November 3, 2003</u>, at <u>10:00 A.M.</u>, in Courtroom No. 15-A.

If trial counsel is on trial or otherwise engaged at the time of the scheduled trial, another attorney in such trial counsel's office should appear.

THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN EXCEPTIONAL CASES.

Very truly yours,


Rosalind Burton-Hoop
Deputy Clerk to Judge Fullam

COPIES BY MAIL ON __9/29/03__ TO: Nancy D. Wasser, Esquire
                                  Edward D. Chew, Jr., Esquire
                                  Jean Y. Durbin, Esquire
                                  Lynne A. Sitarski, Esquire